**IN THE SUPREME COURT OF PENNSYLVANIA**
**MIDDLE DISTRICT**

COMMONWEALTH OF PENNSYLVANIA,   :   No. 368 MAL 2018

                Respondent          :

                            :   Petition for Allowance of Appeal from

                            :   the Order of the Superior Court

              v.                :

                            :

JORDON SCOTT BROWN,         :

                            :

              Petitioner       :

## <u>ORDER</u>

**PER CURIAM**

     **AND NOW**, this 11th day of October, 2018, the Petition for Allowance of Appeal is **DENIED**.